THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
        *v.* PAUL LO GIUDICE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 16, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Supreme Court rendered January 23, 1920, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Daniel F. Fitzgerald* and *Joseph P. Doyle* for appellant.
*William F. Love, District Attorney* (*Fred E. Wegner* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.